*Notice: This opinion is subject to formal revision before publication in the Atlantic and Maryland Reporters. Users are requested to notify the Clerk of the Court of any formal errors so that corrections may be made before the bound volumes go to press.*

## DISTRICT OF COLUMBIA COURT OF APPEALS

**No. 18-BG-411**

IN RE ANNA G. AITA

A Member of the Bar of the
District of Columbia Court of Appeals

**Bar Registration No.   484726**

06/21/2018

FILED
District of Columbia
Court of Appeals

Julio Castillo
Clerk of Court

2018 DDN 111

BEFORE:  Fisher and McLeese, Associate Judges, and Nebeker, Senior Judge.

### O R D E R
(FILED −June 21, 2018)

On consideration of the certified order of the Court of Appeals of Maryland disbarring respondent from the practice of law in that jurisdiction; this court's April 27, 2018, order suspending respondent and directing her to show cause why reciprocal discipline should not be imposed; and the statement of Disciplinary Counsel regarding reciprocal discipline; and it appearing that respondent failed to file a response to this court's order to show cause or her D.C. Bar R. XI, §14 (g) affidavit, it is

ORDERED that Anna G. Aita is hereby disbarred from the practice of law in the District of Columbia.  *See In re Sibley*, 990 A.2d 483 (D.C. 2010), and *In re Fuller*, 930 A.2d 194, 198 (D.C. 2007) (rebuttable presumption of identical reciprocal discipline applies to all cases in which the respondent does not participate).  It is

FURTHER ORDERED that for purposes of reinstatement respondent's period of disbarment will not begin to run until such time as she files a D.C. Bar R. XI, § 14 (g) affidavit.

**PER CURIAM**